## STEVENS v. NIMOCKS

No. 590P86.

Case below: 82 N.C. App. 350.

Motion by plaintiff pursuant to Appellate Rule 27 for reconsideration of denial of petition for writ of certiorari to the Court of Appeals (318 N.C. 511) denied 6 January 1987.

## STOCKS OIL COMPANY, INC. v. TYSON

No. 497P86.

Case below: 81 N.C. App. 681.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 January 1987.

## WAGNER v. BARBEE AND SEILER v. BARBEE

No. 621P86.

Case below: 82 N.C. App. 640.

Petition by Donald Lee Barbee, Jr. for discretionary review pursuant to G.S. 7A-31 denied 6 January 1987.

## WATKINS v. URBAN

No. 560P86.

Case below: 82 N.C. App. 302.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 6 January 1987.

## WEST v. HAYS

No. 576P86.

Case below: 82 N.C. App. 574.

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 6 January 1987. Motion by defendants to dismiss appeal for lack of substantial constitutional question allowed 6 January 1987.